| | |
|---|---|
| In re: | Case No. 11-11404-BKM |
| TRENT DAVID PFANNENSTIEL | Chapter 7 |
| LORENA PFANNENSTIEL | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2021 | Form ID: defuncfd | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| op | + Email/Text: cmecf@dilksknopik.com | Aug 05 2021 22:46:00 | Brian Dilks, Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GREGORY ALLEN MALKIN | on behalf of Debtor TRENT DAVID PFANNENSTIEL Malkinlegalpractices@gmail.com |
| GREGORY ALLEN MALKIN | on behalf of Joint Debtor LORENA PFANNENSTIEL Malkinlegalpractices@gmail.com |
| ROGER W. BROWN | rogerbrowntrustee@live.com  rwb@trustesolutions.net,rrwwbb@hotmail.com |
| ROGER W. BROWN | on behalf of Trustee ROGER W. BROWN rogerbrowntrustee@live.com  rwb@trustesolutions.net,rrwwbb@hotmail.com |
| U.S. TRUSTEE | |

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

FORM defuncfd

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## DEFICIENCY NOTICE RE: APPLICATION FOR UNCLAIMED FUNDS

CASE NAME: TRENT DAVID PFANNENSTIEL and LORENA PFANNENSTIEL
CASE NUMBER: 2:11−bk−11404−BKM
DOCKET NUMBER: 42
DOCUMENT FILING DATE: 07/27/2021
DOCUMENT TITLE: APPLICATION FOR UNCLAIMED FUNDS

TO: Dilks & Knopik, LLC

The document you have filed cannot be further processed until you comply with the following.
**Return a copy of this memorandum with any subsequent documents 30 days from the date of this Notice.**

- ☐ Application must be signed by claimant(s).

- ☐ Submit a Notice of Service.

- ☐ Notice of Service must be signed.

- ☐ Submit a document that you resided at or conducted business from the address on the Court's record, such as a copy of a paycheck stub, tax form, utility bill, bank statement.

- ☐ Submit a document that verifies your current address.

- ☐ Submit a copy of a government−issued photo ID, such as, Passport, Military ID or a valid and current Driver's License.

- ☐ Submit a completed and signed IRS W−9 form. If more than one claimant, both must submit a form.

- ☐ Any person or entity making a claim for funds as an officer, past officer or principal of a business must provide documentation to authorize disbursement of such funds in lieu of any other such officer or principal.

- ☐ Any person or entity making a claim for funds as the owner of either a current or a defunct business must provide reliable, verifiable documentation as to current or past ownership and right to receive said funds.

- ☐ Any person or entity making a claim for funds as a successor business must provide documentation establishing the chain of ownership from the original business claimant.

− − − NOTICE CONTINUES ON NEXT PAGE − − −

| | |
|---|---|
| ☐ | Any person or entity making a claim as a result of a purchase, transfer/assignment of claim must provide documentation evidencing the transfer of claim. |
| ☐ | Legal Representative for Deceased Claimant: Provide proof of identity of the owner of record. |
| ☐ | Legal Representative for Deceased Claimant: Provide a copy of a death certificate. |
| ☐ | Legal Representative for Deceased Claimant: Provide a certified copy of a letter of administration or a probated will. |
| ☑ | **OTHER:** The Claimant's Name on the Application for Payment of Unclaimed Funds is listed as Dilks and Knopik, LLC; however, when the Application for Payment of Unclaimed Funds was filed on the docket, the Claimants' names are listed as Trent David and Lorena Pfannenstiel. Please amend accordingly. |

**Date: August 5, 2021**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: , Deputy Clerk
Phone: 602−682−4000